23-11478 Donald Lyons v. Saeilo Inc.